SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
PAUL SACHELARI (CSBN 230082)
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4853
paul.sachelari@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL H. MCCABE,<br><br>  Plaintiff,<br><br>  v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 3:24-cv-00438-CSD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will remand the case to a new administrative law judge (ALJ) to offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

.

Dated: March 20, 2025        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on March 20, 2025)
Attorney for Plaintiff

Dated: March 20, 2025        Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*By: s/ Paul Sachelari*
PAUL SACHELARI
Special Assistant United States Attorney

IT IS SO ORDERED:

[signature]

CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: March 21, 2025

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard., Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2025

/s/ Paul Sachelari
PAUL SACHELARI
Special Assistant United States Attorney

3